UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ, | Case No.  2:26-cv-0923-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| JASON SCHULTZ, *et al.*, | |
| Defendants. | |

Plaintiff, a state prisoner, brings this action against Jason Schultz, a prison warden, N. Baker, a prison counselor, and two correctional officers, V. Nguyen and W. Williams.  ECF No. 1.  Before this action can proceed, however, plaintiff must pay the filing fee because he is a "three-striker" within the meaning of Title 28 U.S.C. § 1915(g).  Plaintiff has had at least three cases dismissed for failure to state a claim upon which relief can be granted.  *See Ruiz v. Mendez*, No. 2:21-cv-0860-KJM-JDP (E.D. Cal. Sept. 30, 2021) (recognizing plaintiff as a three-striker). The court takes judicial notice of the following cases constituting strikes because each was dismissed for failure to state a claim:

(1) *Ruiz v. Curry*, No. 1:17-cv-1454-DAD-SAB (failure to state a claim);

(2) *Ruiz v. Curry*, No. 19-16456, 2019 U.S. App. LEXIS 35092 (9th Cir. 2019) (appeal

1

dismissed as frivolous);[1] and

(3) *Ruiz v. McGuire*, No. 3:16-cv-0388-AJB-BLM (dismissed with leave to amend for failure to state a claim; case dismissed on May 9, 2016, for failure to file an amended complaint).[2]

Plaintiff might be entitled to proceed *in forma pauperis* in spite of this status, if he alleged that he was in imminent danger.  However, the complaint is written entirely in Spanish.  Because the court cannot evaluate whether plaintiff was in imminent danger at the time of filing, plaintiff will be afforded an opportunity to file an amended complaint in English.[3]  Should plaintiff fail to file an amended complaint in English within thirty days, I will recommend that plaintiff's application to proceed *in forma pauperis* be denied and plaintiff be ordered to pay the filing fee.

Accordingly, it is hereby ORDERED that:

1.      Plaintiff's complaint, ECF No. 1, is DISMISSED with leave to amend.  Plaintiff shall file an amended complaint in English within thirty days.  Should plaintiff fail to comply with this order, I will recommend that his application to proceed *in forma pauperis* be denied and that he be ordered to pay the filing fee.

2.      The Clerk of Court is directed to send plaintiff a copy of a civil right form used in this district.

IT IS SO ORDERED.

Dated:    March 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] This appeal challenged the dismissal of *Ruiz v. Curry*, No. 1:17-cv-1407- DAD-SKO, not the case identified above as plaintiff's first strike.

[2] Court records reflect that plaintiff has filed 33 actions in the Eastern District alone.

[3] Plaintiff has been directed not to file complaints in Spanish before.  *See Ruiz v. Stane*, No. 1:22-cv-0236-DAD-KBH (E.D. Cal. July 15, 2022).