UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ, | Case No. 2:26-cv-0923-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| JASON SCHULTZ, *et. al.*, | |
| Defendants. | |

Plaintiff, a state prisoner, brings this action pursuant to section 1983. On March 20, 2026, I dismissed his complaint with leave to amend because it was submitted solely in Spanish. ECF No. 5. Plaintiff has not yet submitted an amended complaint, but he has filed a motion requesting an interpreter. ECF No. 7. There are, however, no appropriated funds for translating complaints from other languages into English. *See Loyola v. Potter*, No. C 09-0575 PJH, 2009 U.S. Dist. LEXIS 36179, at *6 (N.D. Cal. Apr. 16, 2009) ("The court is not authorized to appoint interpreters for litigants in civil cases, and, moreover, has no funds to pay for such a program."); *Valdez v. Zhang*, No.: 20-CV-736-JLS(WVG), 2021 U.S. Dist. LEXIS 85352, *2 (S.D. Cal. May 4, 2021) ("Additionally, the Court is unaware of any statute authorizing the expenditure of public funds for a court-appointed interpreter in a civil action.").

1

Accordingly, it is ORDERED that plaintiff's request for interpreter, ECF No. 7, is DENIED.

IT IS SO ORDERED.

Dated:    April 8, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE