UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ, | Case No. 2:26-cv-0923-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| JASON SCHULTZ, *et al.*, | |
| Defendants. | |

Plaintiff filed this section 1983 action on March 16, 2026. ECF No. 1. On March 20, 2026, I dismissed the complaint with leave to amend within thirty because it was not filed in English. ECF No. 5. Since then, plaintiff has not complied with my order. Instead, he has filed a request for interpreter, ECF No. 7, which I denied, ECF No. 8. He has also filed three motions for appointment of counsel, one of which seeks an "indefinite extension" until a solution to the language issue can be reached. ECF Nos. 3, 9, & 11 at 1. These motions are denied. Plaintiff is not entitled to counsel in this action, and an "indefinite extension" of time is not tenable. I am not unsympathetic to the language barrier facing plaintiff, but there is no authority authorizing interpreter services or legal counsel at taxpayer expense.

The court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal. *Bautista v. Los Angeles Cnty.*,

1

216 F.3d 837, 841 (9th Cir. 2000); *see* Local Rule 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."). A court may dismiss an action based on a party's failure to prosecute an action, failure to obey a court order, or failure to comply with local rules. *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for lack of prosecution and failure to comply with local rules).

I will give plaintiff a chance to explain why the court should not dismiss the case for his failure to comply with my order to file an amended complaint in English. Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in a recommendation that this action be dismissed.

It is, therefore, ORDERED that:

1.      Plaintiff's motions, ECF Nos. 3, 9 & 11, are DENIED.

2.      Plaintiff is ordered to show cause within fourteen days why this case should not be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim. Should plaintiff wish to continue with this lawsuit, he shall file, within fourteen days, either his amended complaint in English or a notice of voluntary dismissal.

IT IS SO ORDERED.

Dated:    May 7, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2