UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGELIO MAY RUIZ,

      Plaintiff,

    v.

JASON SCHULTZ, *et al.*,

      Defendants.

Case No.  2:26-cv-0923-JDP (P)

ORDER; FINDINGS AND RECOMMENDATIONS

Plaintiff, a state prisoner, brought this action and moved to proceed *in forma pauperis* on March 16, 2026.  ECF Nos. 1 & 2.  I noted that he was a "three-striker" within the meaning of section 1915(g), but deferred ruling on the application to proceed in forma pauperis, because plaintiff's complaint was written in Spanish, and I could not tell whether it alleged imminent danger.  ECF No. 5.  Plaintiff has now filed a complaint in English, ECF No. 13, and it does not make a showing of imminent danger because the allegations are concerned with the alleged denial of access to a prison job.  *Id.* at 3-5.

1

As I noted in my previous order, plaintiff has had at least three cases dismissed for failure to state a claim upon which relief may be granted. *See Ruiz v. Mendez*, No. 2:21-cv-0860-KJM-JDP (E.D. Cal. Sept. 30, 2021) (recognizing plaintiff as a three-striker). The court takes judicial notice of the following cases constituting strikes because each was dismissed for failure to state a claim:

(1) *Ruiz v. Curry*, No. 1:17-cv-1454-DAD-SAB (failure to state a claim);

(2) *Ruiz v. Curry*, No. 19-16456, 2019 U.S. App. LEXIS 35092 (9th Cir. 2019) (appeal dismissed as frivolous); and

(3) *Ruiz v. McGuire*, No. 3:16-cv-0388-AJB-BLM (dismissed with leave to amend for failure to state a claim; case dismissed on May 9, 2016, for failure to file an amended complaint).

Absent a showing of imminent danger, he is not entitled to proceed *in forma pauperis*.

Accordingly, it is ORDERED that the Clerk of Court shall assign a district judge to this action.

Further, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*, ECF No. 2, be DENIED and plaintiff be directed to tender the filing fee within thirty days of any order adopting these recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.


Dated:    May 29, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE