UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGELIO MAY RUIZ,

Plaintiff,

v.

JASON SCHULTZ, et al.,

Defendants.

No. 2:26-cv-0923-DAD-JDP (P)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*, AND REQUIRING PLAINTIFF TO PAY THE REQUIRED FILING FEE TO PROCEED WITH THIS ACTION WITHIN THIRTY DAYS

(Doc. Nos. 2, 14)

Plaintiff, a prisoner proceeding *pro se*, filed this civil rights action on March 16, 2025, seeking relief pursuant to 42 U.S.C. § 1983. That same day plaintiff filed a motion to proceed *in forma pauperis* in this action. (Doc. No. 2.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On June 1, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) because plaintiff has previously brought three actions that have been dismissed for failure to state a claim and has not made any showing that he qualifies under the imminent danger exception to that provision. (Doc. No. 14) (citing Doc. No. 5).

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) On June

29, 2026, the court received objections from plaintiff with a signature dated June 8, 2026. The court has considered those objections, in which plaintiff argues that he is suffering from cancer and is need of an interpreter and representation. (Doc. No. 16.) However, plaintiff's claims asserted in his complaint relate to his allegation that he has been denied a work assignment in prison due to racial discrimination and retaliation. (Doc. No. 13.) Thus, his objections provide no valid basis upon which to reject the pending findings and recommendations. *See Ray v. Lara,* 31 F.4th 692, 701 (9th Cir. 2022) ("The imminent danger exception to [§ 1915(g)] requires a nexus between the alleged imminent danger and the violations of law alleged in the complaint.").

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations issued June 1, 2026 (Doc. No. 14), are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2), is denied;
3. Plaintiff is directed to tender the full filing fee within thirty days of the entry of this order and is forewarned that his failure to do so will result in the dismissal of this action; and
4. This action is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 13, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE